UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Scott Johnson,**<br><br>  **Plaintiff,**<br><br>  v.<br><br>**Neff Rental LLC,** a Delaware Limited Liability Company; **McKinney & Sons, L.P.,** a California Limited Partnership; **Donald B McKinney;** and Does 1-10,<br><br>  Defendants | Case: 2:13-CV-00830-MCE-DAD<br><br>**STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a) (1); & ORDER THEREON** |

**ORDER**

Having read the foregoing Stipulation (ECF No. 12) and good cause appearing therefore, defendant Donald McKinney is hereby dismissed without prejudice from this action.

IT IS SO ORDERED.

Dated:  October 30, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

1