CENTER FOR DISABILITY ACCESS
Phyl Grace, Esq., SBN 171771
Mail: PO Box 262490
San Diego, CA 92196-2490
Delivery: 9845 Erma Road, Suite 300
San Diego, CA 92131
(858) 375-7385; (888) 422-5191 fax
PhylG@potterhandy.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Scott Johnson**, | Case No. 2:13−CV−00830−MCE−DAD |
| Plaintiff, | **ORDER OF DISMISSAL OF PLAINTIFF'S CLAIMS *WITH PREJUDICE* AGAINST NEFF RENTAL LLC** |
| v. | |
| **Neff Rental LLC,** a Delaware Limited Liability Company; **McKinney & Sons, L.P.,** a California Limited Partnership; **Donald B McKinney;** and Does 1-10, | Honorable Judge Morrison C. England, Jr. |
| Defendants | |

THIS CAUSE came before the Court upon Plaintiff Scott Johnson's ("Plaintiff's") and Defendant Neff Rental LLC's ("Neff's") Joint Stipulation of Dismissal of Plaintiff's Claims With Prejudice Against Neff (the "Joint Stipulation"), ECF No. 21.  The Court having reviewed the Joint Stipulation and being otherwise duly advised in the premises thereof,

ORDERS AND ADJUDGES as follows:

1. Plaintiff and Neff have agreed to a compromise and settlement of all claims that were brought by Plaintiff against Neff in this action;

2. All claims that were brought by Plaintiff against Neff in this action are hereby DISMISSED WITH PREJUDICE; and

3. Plaintiff and Neff agree that each side will bear his/its own respective costs and attorneys' fees.

IT IS SO ORDERED.

Dated:  April 2, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT