# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Scott Johnson,** | Case: 2:13-CV-00830-MCE-DAD |
| **Plaintiff,** | **ORDER** |
| v. | |
| **McKinney & Sons, L.P.,** a California Limited Partnership; and Does 1-10, | |
| Defendants | |

Pursuant to the Plaintiff's request, the above entitled case be dismissed without prejudice, and the Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: June 30, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT